UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS VILA<br><br>                    Plaintiff,<br><br>        v.<br><br>LOEWE LLC<br><br>                    Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 1:20-cv-4149** |

IT IS HEREBY NOTICED that the above case should be dismissed without prejudice.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: June 18, 2020

*Attorneys for Plaintiff Carlos Vila*